# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL VERNON HAMETT,

 *Petitioner*,

vs.

ANTHONY DEMEO, et al.,

 *Respondents*.

2:12-cv-02048-GMN-GWF

ORDER

  Petitioner has filed a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF #1). However, petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

  Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with an application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

  It does not appear from the papers presented that a dismissal without prejudice will materially affect a later analysis of any timeliness issue with regard to a promptly filed new action.[1]

---

[1] With regard to timeliness, In this petition, petitioner states that he is challenging a judgment of conviction dated September 11, 2012 (ECF #1). Thus it does not appear that a dismissal of the present petition without prejudice will materially affect an analysis of any timeliness or exhaustion issue as to a promptly filed later petition. Nor does it appear from the available records that a dismissal of this improperly commenced action without prejudice necessarily will be with prejudice in effect. Petitioner at all times remains responsible for properly exhausting his claims, for calculating

(continued...)

1     **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*.

4     **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

7     **IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

11    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 28th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

---

[1](...continued)
the running of the federal limitation period as applied to his case, and for properly commencing a timely-filed federal habeas action.